UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SNELL,<br><br>    Plaintiff,<br><br>    v.<br><br>TUOLUMNE COUNTY, et al.,<br><br>    Defendants. | No. 1:25-cv-00507 GSA (PC)<br><br>ORDER VACATING AS PREMATURELY ISSUED COURT'S GRANT OF PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(See ECF No. 4)<br><br>ORDER DIRECTING PLAINTIFF TO FILE INMATE TRUST FUND ACCOUNT STATEMENT<br><br>See 28 U.S.C. § 1915(a)(2)<br><br>PLAINTIFF'S INMATE TRUST FUND ACCOUNT STATEMENT DUE IN FOURTEEN DAYS |

    Plaintiff, a county jail inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On May 1, 2025, the Court granted Plaintiff's application to proceed in forma pauperis before it had received Plaintiff's six-month inmate trust fund account statement, which is required prior to granting in forma pauperis status. See ECF No. 4. For this reason, the Court will vacate its order which granted Plaintiff in forma pauperis status. In addition, it will give Plaintiff

1

fourteen days to file his six-month trust account statement with the Court. Thereafter, the Court will reconsider Plaintiff's application to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court's order, dated May 1, 2025, which granted Plaintiff in forma pauperis status (see ECF No. 4) is VACATED as PREMATURELY ISSUED;

2. The Clerk of Court shall add a motions gavel back next to Plaintiff's motion to proceed in forma pauperis. See ECF No. 2, and

3. Within fourteen days from the date of this order, Plaintiff shall file a six-month inmate trust fund account statement, consistent with 28 U.S.C. § 1915(a)(2).

**Plaintiff is cautioned that failure to comply with this order within the time allotted may result in a recommendation that this matter be dismissed.**

IT IS SO ORDERED.

Dated:  **May 2, 2025**          /s/ Gary S. Austin
                              UNITED STATES MAGISTRATE JUDGE

2