UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SNELL,<br><br>    Plaintiff,<br><br>    v.<br><br>TUOLUMNE COUNTY, et al.,<br><br>    Defendants. | No. 1:25-cv-00507-KES-SAB (PC)<br><br>ORDER VACATING JUNE 30, 2025, ORDER, AND GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS, AND GRANTING PLAINTIFF THIRTY DAYS TO FILE AN AMENDED COMPLAINT<br><br>(ECF Nos. 2, 11) |

    Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

    Plaintiff filed the instant action on April 30, 2025, along with a motion to proceed in forma pauperis. (ECF Nos. 1, 2.)

    On May 1, 2025, the Court granted Plaintiff's application to proceed in forma pauperis, then subsequently vacated the order pending submission of Plaintiff's inmate trust account statement. (ECF Nos. 4, 5.)

    On May 2, 2025, the Court screened Plaintiff's complaint, directed Plaintiff to show cause why claims one and two should be dismissed for lack of jurisdiction, and denied Plaintiff's motion for appointment of counsel. (ECF No. 6.)

    On June 30, 2025, a subsequent order was issued directing Plaintiff to file his trust fund account statement or, in the alternative, notice of voluntary dismissal within fourteen days. (ECF No. 11.)

///

1

On October 3, 2025, the case was transferred to the undersigned. (ECF No. 12.)

Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Upon review of the application, Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Tuolumne County Sheriff is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;

**2. The Tuolumne County Sheriff or his designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis application on the Tuolumne County Sheriff located at 12915 Justice Center Drive, Sonora, CA 95370.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

///
///
///
///

5. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, if plaintiff has not already done so.

IT IS SO ORDERED.

Dated:   **November 20, 2025**

STANLEY A. BOONE
United States Magistrate Judge