1

2

3

4

5                           UNITED STATES DISTRICT COURT

6                          EASTERN DISTRICT OF CALIFORNIA

7

8    MICHAEL SNELL,                             No.  1:25-cv-00507-KES-SAB (PC)

9              Plaintiff,                        ORDER TO SHOW CAUSE WHY ACTION
                                                 SHOULD NOT BE DISMISSED
10        v.
                                                 (ECF No. 24)
11   TUOLUMNE COUNTY, et al.,

12             Defendants.

13

14        Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to

15   42 U.S.C. § 1983.

16        On November 21, 2025, the Court screened Plaintiff complaint, found no cognizable

17   claims, and granted Plaintiff the opportunity to amend the complaint.  (ECF No. 14.)  Plaintiff has

18   not filed an amended complaint or otherwise communicated with the Court and the time to do so

19   has passed.  Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within

20   **fourteen (14)** days from the date of service of this order why this action should not be dismissed

21   for failure to state a cognizable claim.  Plaintiff's failure to comply with this order will result in a

22   recommendation to dismiss the action for failure to state a cognizable claim for relief.

23

24   IT IS SO ORDERED.

25   Dated:  **January 5, 2026**        _____

26                                      STANLEY A. BOONE
                                        United States Magistrate Judge
27

28

                                        1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28