## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SNELL, | Case No. 1:25-cv-0507 KES SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION FOR FAILURE TO STATE A CLAIM, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | |
| TUOLUMNE COUNTY, et al., | |
| Defendants. | (Doc. 16) |

Michael Snell is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The magistrate judge screened the complaint pursuant to 28 U.S.C. § 1915A(a) and found Snell failed to state a cognizable claim upon which relief could be granted.  Doc. 14.  Snell was granted leave to file an amended complaint within 30 days.  *Id*. at 5.  Although the court's mail was returned as undeliverable, service was deemed fully effective pursuant to Local Rule 182(f).  Plaintiff failed to file an amended complaint or otherwise respond to the screening order.

On January 30, 2026, the magistrate judge issued findings and recommendations, reiterating the finding that Snell failed to state a cognizable claim and recommending the action be dismissed.  Doc. 16.  The court served the findings and recommendations upon Plaintiff and notified him that any objections were due within 14 days.  Doc. 16 at 4.  The court also informed Plaintiff that failure to file objections within the specified time may result in the waiver of certain

1

rights on appeal. *Id.* at 5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014). Again, the court's mail was returned as "Undeliverable, RTS, Attempted – Not known, Unable to forward, NIC." Plaintiff did not file objections, and the deadline to do so expired.

Consistent with the provisions of 28 U.S.C. § 636(b)(1), the court conducted a de novo review of the case. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and by proper analysis. The operative complaint fails to state a cognizable claim. Thus, the court **ORDERS**:

1.  The findings and recommendations issued on January 30, 2026 (Doc. 16) are **ADOPTED** in full.

2.  This action is **DISMISSED** with prejudice for failure to state a claim.

3.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   February 23, 2026

_____
UNITED STATES DISTRICT JUDGE

2